# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : | No. 15 MAP 2019 |
| | : | |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| GABRIEL JEAN-PHILIPPE, | : | |
| | : | |
| Appellant | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of July, 2019, the Application for Summary Relief is GRANTED, and the appeal is DISMISSED.